June 26, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

ALLSTATE INDEMNITY COMPANY, Appellant

NO. 14-13-00307-CV                    V.

MEMORIAL HERMANN HEALTH SYSTEM, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Memorial Hermann Health System, signed March 12, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Memorial Hermann Health System.

We further order this decision certified below for observance.